**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 524 EAL 2019

           Respondent               :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

           v.                     :

                                    :

LADALE PACE,                 :

                                    :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.